*J. E. Mozley* and *H. B. Moss,* for defendants.

---

WRIGHT, insurance commissioner, *v.* HAMILTON.

BECK, J. The court did not err in refusing an injunction in this case. *Bank* v. *Robinson,* 141 *Ga.* 78 (80 S. E. 555); *Wright* v. *State Mutual Life Insurance Co.,* 142 *Ga.* 764 (83 S. E. 666).

                   *Judgment affirmed. All the Justices concur.*

ATKINSON, J., specially concurring. I adhere to the views expressed in *Wright* v. *State Mutual Life Insurance Co.* (supra), and, being bound by the ruling of the majority, specially concur in the judgment in this case.

                       FEBRUARY 15, 1917.

Petition for injunction. Before Judge Ellis. Fulton superior court. March 25, 1916.

*Robert C. & Philip H. Alston* and *H. B. Riddell,* for plaintiff.

*Burton Smith* and *Hines & Jordan,* for defendant.